IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| KIMARA SMITH, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CV 124-125 |
| | * |
| WELLS FARGO BANK, N.A., | * |
| | * |
| Defendant. | * |

O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal without prejudice. (Doc. 4.) Plaintiff filed the notice prior to Defendant having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of October, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA